IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LEE SANFORD HUDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY & DOES 1- ) <br> 5, ) <br> ) <br> Defendants. | Cause No. CV-20-028-GF-BMM <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

UPON the Stipulated Motion for Dismissal; it is hereby ordered that the above-referenced matter be dismissed with prejudice as fully settled on the merits, each party to bear its own costs and attorneys' fees.

Dated this 7th day of December, 2020.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court